IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD D. TAYLOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A.No. 05-30-KAJ |
| | ) | |
| THOMAS L. CARROLL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

MOTION FOR EXTENSION OF TIME TO FILE ANSWER

1. The petitioner, Richard Boyd, has applied for federal habeas relief challenging his drug convictions.

2. By the terms of the Court's order, the respondents are directed to answer the petition and attach to the answer certified copies of the state court records material to the questions raised in the petitioner's writ.

3. The undersigned and a substantial portion of the Appeals Division Deputies are presently involved in multiple death penalty cases. The undersigned anticipates completing the answer by April 21, 2005. This is Respondents' first request for an extension of time.

4.	Respondents submit that an extension of time to and including April 21, 2005 in which to complete the answer in this case is reasonable.

> STATE OF DELAWARE
> DEPARTMENT OF JUSTICE
>
> /s/_____
> Gregory E. Smith, I.D. No. 3869
> Deputy Attorney General
> 820 North French Street, 7th Floor
> Carvel State Building
> Wilmington, Delaware  19801
> (302) 577-8398

Dated:  April 5, 2005