IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD D. TAYLOR, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | C.A.No. 05-30-KAJ |
| THOMAS L. CARROLL, et al., | ) ) | |
| Respondents. | ) | |

ORDER

Whereas, Respondents Thomas Carroll and M. Jane Brady have requested an extension of time in which to answer Petitioner's petition for writ of habeas corpus and have presented reasonable cause for the request;

IT IS SO ORDERED this _____ day of _____, 200__, that Respondents' answer shall be due on or before April 21, 2005.

_____
Kent A. Jordan
United States District Judge