TO: Honorable Kent A. Jordan
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware  19801

From: Richard Taylor, SBI# 007511Y
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware, 19977

Date: April 10, 2005

Re: ERROR of Petitioners name, See enclosed copy of Motion for Extension of Time To File Answer.



Dear Honorable Judge Jordan,

I am writing this letter in response to Motion For Extension Of Time To File Answer.

I am confused to the fact of under-lined names of Petitioners. Is the Motion for Extension of Time To File Answer for myself, Richard Taylor, or for Richard Boyd?

I would like for this problem to be noted and corrected.

I cannot understand how Richard Boyd became part of my writ of federal habeas corpus relief.

Sincerely Yours,
*Richard D. Taylor*
Richard D Taylor

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD D. TAYLOR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A.No. 05-30-KAJ |
| | ) |
| THOMAS L. CARROLL, et al., | ) |
| | ) |
| Respondents. | ) |

### MOTION FOR EXTENSION OF TIME TO FILE ANSWER

1. The petitioner, Richard Boyd, has applied for federal habeas relief challenging his drug convictions.

2. By the terms of the Court's order, the respondents are directed to answer the petition and attach to the answer certified copies of the state court records material to the questions raised in the petitioner's writ.

3. The undersigned and a substantial portion of the Appeals Division Deputies are presently involved in multiple death penalty cases. The undersigned anticipates completing the answer by April 21, 2005. This is Respondents' first request for an extension of time.

4.  Respondents submit that an extension of time to and including April 21, 2005 in which to complete the answer in this case is reasonable.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: April 5, 2005

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD D. TAYLOR, | ) |
| Petitioner, | ) |
| v. | ) C.A.No. 05-30-KAJ |
| THOMAS L. CARROLL, et al., | ) |
| Respondents. | ) |

### STATEMENT OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1

COMES NOW, Deputy Attorney General Gregory E. Smith, Counsel for Respondents, and pursuant to D. Del. LR 7.1.1 does hereby make the following statement:

1. The undersigned has not corresponded or attempted to contact Petitioner as he is incarcerated, but anticipates that the instant Motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: April 5, 2005






Clerk of the Court
United States District Court
844 N. King Street
Wilmington, Delaware 19801

IM Richard Taylor
SBI# 00751l4 UNIT B
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977