IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD D. TAYLOR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A.No. 05-30-KAJ |
| | ) |
| THOMAS L. CARROLL, et al., | ) |
| | ) |
| Respondents. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED STATE COURT RECORDS

1. The petitioner, Richard Taylor, has applied for federal habeas relief challenging his continued incarceration in the State of Delaware. (D.I. 1).

2. By the terms of the Court's order, the respondent is directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3. On April 18, 2005, Respondents filed an Answer to Taylor's petition for writ of habeas corpus.

4. Due to the case load handled by Deputy Attorneys General in the Appeals Division, the undersigned has been unable to obtain and have certified from the state supreme court in Dover the certified state records in order to file them contemporaneously with the answer. The undersigned presently anticipates obtaining and copying the records on or before May 5, 2005.

4. Respondent submits that an extension of time to and including May 5, 2005 in which to file certified copies of the material portions of the state court records in this case is reasonable.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/_____
        Gregory E. Smith, I.D. No. 3869
        Deputy Attorney General
        820 North French Street, 7th Floor
        Carvel State Building
        Wilmington, Delaware 19801
        (302) 577-8398

Dated: April 18, 2005