**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

RICHARD D. TAYLOR,                )
                                  )
            Petitioner,           )
                                  )
      v.                          )        C.A.No. 05-30-KAJ
                                  )
THOMAS L. CARROLL, et al.,        )
                                  )
            Respondents.          )

<u>STATEMENT OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1</u>

COMES NOW, Deputy Attorney General Gregory E. Smith, Counsel for Respondents,

and pursuant to D. Del. LR 7.1.1 does hereby make the following statement:

1.  The undersigned has not corresponded or attempted to contact Petitioner as he is an

incarcerated individual, but anticipates that the instant Motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: April 18, 2005