**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RICHARD D. TAYLOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A.No. 05-30-KAJ |
| | ) | |
| THOMAS L. CARROLL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Whereas, Respondents Thomas Carroll and M. Jane Brady have requested an extension of time in which to file certified copies of state court records to the answer to Petitioner's petition for writ of habeas corpus and has presented reasonable cause for the request;

IT IS SO ORDERED this ____ day of _____, 200__, that Respondents shall submit certified copies of state court records on or before May 5, 2005.

_____
Kent A. Jordan
Judge
United States District Court