## CERTIFICATION OF SERVICE

The undersigned certifies that on April 18, 2005, he electronically filed the attached *Motion for Extension of Time to file State Records* with the Clerk of Court using CM/ECF. The undersigned further certifies that on April 18, 2005 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

Richard D. Taylor
SBI No. 00075114
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398