OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 19, 2005

**TO:** Richard Taylor
DCC
SBI #0075114

**RE:** *Proof of Service on all Local Counsel of Record Required;*
CA 05-30 KAJ

Dear Mr. Taylor:

Documents have been presented for filing in the above noted case which do not conform to one or more of the following: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3. The letter received by the Court on 4/14/05 was filed without a certificate of service. (DI 17)

In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service.

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (original and one copy) to include a certificate of service, should be sent to this office for processing.

Please note in response to your question regarding "Richard Boyd", it appears this was a typographical error made by defense counsel. Further questions regarding this issue should be directed to the court.

Sincerely,

PETER T. DALLEO
/bad    CLERK

Enclosure
cc: The Honorable Kent A Jordan; CA 05-30 KAJ

(17)

TO: Honorable Kent A. Jordan
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801


FILED
APR 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

From: Richard Taylor, SBI#0075114
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware, 19977

Date: April 10, 2005

Re: ERROR of Petitioners name, See enclosed copy of Motion For Extension of Time To File Answer.

Dear Honorable Judge Jordan,
 I am writing this letter in response to Motion For Extension of Time To File Answer.

 I am confused to the fact of under-lined names of Petitioners. Is the Motion for Extension of Time To File Answer for myself, Richard Taylor, or for Richard Boyd?

I would like for this problem to be noted and corrected.

I cannot understand how Richard Boyd became part of my writ of Federal habeas corpus relief.

Sincerely Yours,
Richard D. Taylor
Richard D. Taylor

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD D. TAYLOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A.No. 05-30-KAJ |
| | ) | |
| THOMAS L. CARROLL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

MOTION FOR EXTENSION OF TIME TO FILE ANSWER

1. The petitioner, Richard Boyd, has applied for federal habeas relief challenging his drug convictions.

2. By the terms of the Court's order, the respondents are directed to answer the petition and attach to the answer certified copies of the state court records material to the questions raised in the petitioner's writ.

3. The undersigned and a substantial portion of the Appeals Division Deputies are presently involved in multiple death penalty cases. The undersigned anticipates completing the answer by April 21, 2005. This is Respondents' first request for an extension of time.

4. Respondents submit that an extension of time to and including April 21, 2005 in which to complete the answer in this case is reasonable.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: April 5, 2005

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD D. TAYLOR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A.No. 05-30-KAJ |
| | ) |
| THOMAS L. CARROLL, et al., | ) |
| | ) |
| Respondents. | ) |

STATEMENT OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1

COMES NOW, Deputy Attorney General Gregory E. Smith, Counsel for Respondents, and pursuant to D. Del. LR 7.1.1 does hereby make the following statement:

1. The undersigned has not corresponded or attempted to contact Petitioner as he is incarcerated, but anticipates that the instant Motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: April 5, 2005