IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD D. TAYLOR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  C.A.No. 05-30-KAJ |
| | ) |
| THOMAS L. CARROLL, et al., | ) |
| | ) |
| Respondents. | ) |

NOTICE OF FILING OF STATE COURT RECORDS

Respondent hereby submits certified copies of the following Delaware Supreme Court records:

a. Petition for writ of mandamus, filed July 22, 2004, *In re: Taylor*, No. 309, 2004.

b. State's answer and motion to dismiss, filed August 11, 2004, *In re: Taylor*, No. 309, 2004.

c. Order, dated September 17, 2004, *In re: Taylor*, No. 309, 2004.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: May 2, 2005