## CERTIFICATION OF SERVICE

The undersigned certifies that on May 2, 2005, he electronically filed the attached *Notice of Filing of State Court Records* with the Clerk of Court using CM/ECF.  The undersigned certifies that he manually filed the above-listed documents with the Clerk of the Court.  The undersigned further certifies that on May 2, 2005 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

Richard D. Taylor
SBI No. 00075114
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/_____
        Gregory E. Smith, ID # 3869
        Deputy Attorney General
        820 North French Street, 7th Floor
        Carvel State Building
        Wilmington, Delaware 19801
        (302) 577-8398