Office of The Clerk
ATTn: Mr. Peter T. Dalleo
United States District Court
District of Delaware
Lock Box 18
844 King Street
U.S. Court House
Wilmington, Delaware 19801

Richard TAylor, SBI# 00075114
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Re: Case 05-30 (K.A.J.)
Date: 8/9/05

Mr. Dalleo,

I am writing requesting the position of My Case 05-30(KAJ) on the District Courts Docket Sheet.

I would like to thank you in advance for your time and consideration in this Matter.

Sincerely Yours,

Richard Taylor

IM Richard Taylor

SBI# DOOT5114 UNIT D

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

19801-3570

Office of the Clerk
United States District Court
844 N. King Street LockBox 18
Wilmington, Delaware
19801-3570



