OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 15, 2005

TO: Richard D. Taylor
SBI# 0075114
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

*RE:* **Status Letter; 05-30(KAJ)**

Dear Mr. Taylor:

    This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
    MLG
enc. Docket Sheet

Office of The Clerk
ATTn: Mr. Peter T. Dalleo
United States District Court
District of Delaware
Lock Box 18
844 King Street
U.S. CourtHouse
Wilmington, Delaware 19801

Richard Taylor, SBI# 00075114
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

(24)

FILED
AUG 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Case 05-30 (KAJ)
Date: 8/9/05

Mr. Dalleo,

I am writing requesting the position of my Case 05-30 (KAJ) on the District Courts Docket Sheet.

I would like to thank you in advance for your time and consideration in this matter.

Sincerely Yours,
Richard Taylor