IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORIGINAL

Richard TAYLOR,
  Petitioner

v.

Thomas C. Carroll, et al.
  Respondent

C.A NO 05-30
  K.A.J.


FILED
DEC 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Addendum

Facts: LEXSTAT 11 DECODE 4646
DELAWARE CODE ANNOTATED
Copyright 2005 by The State of Delaware
This Document is current
Through 75 Del. Laws CH 222
ANNOTATIONS Current Through
July 15, 2005
TITLE 11. Crimes And Criminal Procedure
PART II Criminal Procedure Generally
Chapter 43. Sentencing, Probation, Parole
  and PARDONS
  SUBCHAPTER IV. PAROLE

11 Del. C § 4346 (2005)

§ 4346 Del. C. Title 11; Subsection (C) States: For all purposes of this Section, a person sentenced to imprisonment for life shall be considered as having been sentenced to a fixed term of (45) years.

HISTORY: 11 Del. C. 1953, § 4346; 54 Del. Laws c. 349, § 7

Leroy L. Smith v. STATE of Delaware, 317 A.2d 20; 1974 Del. LEXIS 257  Supreme Court of Delaware

FACT: After retiring the jury sent to the Court a note asking "..... Could you please clarify in terms of years what life imprisonment means? The Court reviewed the matter with counsel and then answered the question as follows:

"I will just read portions of a statute, which is 11 Delaware Code, Section 4346. It merely says that for all purposes, a person sentenced to imprisonment for life shall be considered as having been sentenced to a fixed term of forty-five years.

CHRIS A. CROSBY, V. STATE OF DELAWARE, 824 A.2d 894; 2003 Del. LEXIS 304  SUPREME COURT OF DELAWARE

FACT: The Clerk of this Court is also directed to transmit a copy of this opinion to the

Attorney General, Public Defender and Department of Corrections so that any inmate serving a life sentence that is affected by this opinion can have it calculated on the basis of a fixed term of 45 years with appropriate good time credits.

Ms. Jane Brady, Attorney General for the State of Delaware stated in Delaware State News, Nov. 2004; "The state cannot incarcerate prisoners beyond the Maximum sentence".

Date: December 26, 2005

Petitioner,
Richard D. Taylor
Richard D. Taylor
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

## Certificate of Service

I, **Richard Taylor**, hereby certify that I have served a true and correct cop(ies) of the attached: **Addendum** upon the following parties/person(s):

TO: **Clerk of The Court**
**United States District Court**
**For The District of Delaware**
**844 N. King Street**
**Wilmington, Delaware 19801**


TO: **Mr. Greg Smith, Esq.**
**State of Delaware**
**Department of Justice**
**State Office Building**
**820 N. French Street**
**Wilmington, Delaware 19801**



I/M Richard Taylor
SB# 00575144 UNIT D
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON, DE 19850  DEC 27 2005

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570