Exhibit
Nov. 2004

## Aggressive st[ance]

State Attorney General M. Jane Brady said the state is "very aware" of the problem and already has procedures in place to minimize the frequency of sex offenders using this loophole.

Ms. Brady said any convict being released who does not have an address to register has his good time revoked and serves the maximum sentence.



M. Jane Brady

"The reality is, if they refuse or cannot provide an address, they're not getting out early," Ms. Brady said.

The state Department of Correction works with inmates to help them find a place to live once they are released.

The state cannot incarcerate prisoners beyond the maximum sentence, she said, but there is an option to address those situations.

"If they transfer to probation, we will violate them if they don't have an address," Ms. Brady said.

Probation officers help control the situation, she said. Those who are homeless might be required to check in with their probation officer every day to give a status report on the hunt for a home or job.