IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD D. TAYLOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. A. No. 05-30-KAJ |
| ) | |
| THOMAS L. CARROLL, Warden, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

For the reasons set forth in the Memorandum Opinion issued in this action today, IT IS HEREBY ORDERED that:

1. Petitioner Richard D. Taylor's petition for a writ of corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED. (D.I. 1; D.I. 7.)

2. A certificate of appealability will not be issued. See 28 U.S.C. § 2253(c)(2).



UNITED STATES DISTRICT JUDGE

February 6, 2006
Wilmington, Delaware